UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2210 MJD/JGL

ORIGINAL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN T. BARR, JR.,<br><br>Defendant. | ) | **STIPULATION FOR COMPROMISED SETTLEMENT AND CONFESSION OF JUDGMENT** |

The parties named above, the United States of America, plaintiff, and John T. Barr, Jr., defendant, hereby stipulate and agree to settle this action according to the following terms:

1. The defendant agrees to make monthly payments of $5,000.00 on the 1st of each month, commencing on November 1, 2000, and continuing until the debt is paid in full. The payments must be received in the Financial Litigation Unit, U.S. Attorney's Office, 300 S. Fourth Street, Room 600, Minneapolis, Minnesota 55415, by 5:00 p.m. on first day of each month commencing November 1, 2000. Each monthly payment by defendant will be by certified check or money order, made payable to the "U.S. Department of Justice" and mailed to the address listed above.

2. The parties agree that as of the date of the signing of this stipulation, the debt balance owed plaintiff by the defendant is $25,956.60 principal, plus interest to August 31, 2000, in the amount of $1,023.47, together with additional prejudgment interest

OCT 31 2000
FILED ______________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______________
DEPUTY CLERK ______________

at the rate of 9 percent per annum from August 31, 2000, and pursuant to 28 U.S.C. §2412, costs in the amount of $150.00.

3. If the defendant fails to adhere to the terms set forth in paragraph one above, by failing to make any of the payments described in said paragraph, or by making any of the payments described in said paragraph late or in an amount less than agreed herein, the plaintiff shall file this Stipulation for Compromised Settlement and Confession of Judgment with the Court as a confession of judgment against said defendant for the remaining amount due under paragraph 2 above, without further notice or hearing.

4. If judgment is entered in this case, the parties agree that the judgment be in the amount described in paragraph two above, less any payments made to date and that said judgment will accrue postjudgment interest at the legal rate.

5. If a judgment is entered in this case, the parties agree that the plaintiff is entitled to enforce collection of that judgment by all legal means available, including, but not limited to, filing liens against the defendant's non-exempt real and personal property, garnishing the defendant's wages and bank accounts and levying against the defendant's non-exempt real and personal property.

Dated: October 18, 2000

B. TODD JONES
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant U.S. Attorney
Attorney ID No. 110887

Dated: 10-16-00

______________________
Defendant